PETERS *v.* MONROE OIL AND FERTILIZER COMPANY.

HILL, J. The motion for new trial consists only of the usual general grounds. No error of law is alleged to have been committed on the trial of the case. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 4078. JUNE 27, 1924.

Claim.  Before Judge Fortson.  Walton superior court.  October 26, 1923.

*J. C. Knox,* for plaintiff in error.

*R. L. & H. C. Cox* and *E. W. Roberts,* contra.